**No. 61274.**—Jung Forwarding Co. *v.* United States, protest 275863–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the items described as "F. L. Projectors" and "Stands 1701" consist as a unit of incandescent lamps, designed to be operated by compressed air and kerosene, and that said units are composed wholly or in chief value of base metal, not plated with platinum, gold, or silver, or colored with gold lacquer, and not wholly or in chief value of lead, tin, or tin plate, the claim of the plaintiff was sustained as to said items.

**No. 61275.**—Balex Co., Inc. *v.* United States, protests 233423–K, etc. (New York).

Opinion by LAWRENCE, J. It was stipulated that the merchandise consists of antimonial lead scrap of which metal is the component material of chief value and that it is secondhand and fit only to be remanufactured. Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, as extended, and is entitled to free entry.

**No. 61276.**—Baron Iron & Equipment Co. and Barr Shipping Company *v.* United States, protest 220001–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of "limited service" seamless steel oil-well casings the same in all material respects as those the subject of *United States Supply & Mfg. Co., The Crispin Company* v. *United States* (37 Cust. Ct. 95, C. D. 1804), the claim of the plaintiffs was sustained.